UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING )
INDUSTRY INSURANCE AND ANNUITY FUNDS,    )   Index No.: 07-CIV-9831 (SCR)
                                          )
                                          )   REQUEST FOR ENTRY OF
                                          )   DEFAULT JUDGMENT
                       Plaintiffs,        )
       -against-                          )
                                          )
                                          )
MIMOSA INTERNATIONAL LTD.,                )
                                          )
                       Defendant.         )

---

TO: Clerk of the United States District Court for the
    Southern District of New York

Pursuant to the Affidavit for Entry of Default Judgment attached hereto, Defendant Mimosa International Ltd. having failed to appear or answer the summons and complaint, you are requested to enter a Default Judgment in favor of Plaintiffs, Trustees of the District Council 9 Painting Industry Insurance and Annuity Funds, and against the Defendant Mimosa International Ltd. in the sum of $11,200.64, which includes principal, liquidated damages, interest, court costs, auditors' fees and attorneys' fees.

Dated: Elmsford, New York
       February 11, 2008

                                          Dana L. Henke, Esq. (DLH3025)
                                          BARNES, IACCARINO, VIRGINIA,
                                          AMBINDER & SHEPHERD, PLLC
                                          258 Saw Mill River Road
                                          Elmsford, New York 10523
                                          (914) 592-1515