UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------x
TRUSTEES OF THE DISTRICT COUNCIL 9
PAINTING INDUSTRY INSURANCE AND           Index No.: 07-CIV-9831 (SCR)
ANNUITY FUNDS,

                     Plaintiffs,          **VOLUNTARY NOTICE**
                                              **OF DISMISSAL**

     -against-

MIMOSA INTERNATIONAL LTD.,

                     Defendant.
--------------------------------------------------------------------x

       Please take notice that pursuant to Federal Rules of Civil Procedure 41(a)(1)(i) the plaintiffs by the undersigned attorney of record hereby voluntarily dismisses the above entitled action. Without Prejudice.

*Case Closed*

Dated: February 25, 2008
       Elmsford, New York

                                            Dana L. Henke, Esq. (DLH3025)
                                            Attorney for Plaintiff
                                            258 Saw Mill River Road
                                            Elmsford, New York 10523
                                            (914) 592-1515

SO ORDERED

Honorable Stephen C. Robinson, U.S.D.J.

DATED: Feb. 29, 2008